UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Ashley Dawn Dupuis, et al                               Civil Action No. 07-897

versus                                                             Judge Tucker L. Melançon

Peter Raymond LaFuria, M. D., et al             Magistrate Judge C. Michael Hill

### JUDGMENT

Before the Court is the Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) filed by defendant Women and Children's Hospital [Rec. Doc. 5] and the Joint Motion for Consent Judgment on Defendant's 12(b)(6) Motion to Dismiss due to Prematurity [Rec. Doc. 11]. In their Joint Motion, the parties represent that the matter falls within the purview of the Louisiana Medical Malpractice Act, LSA-R.S. 40:1299.41 *et seq.* and is premature pursuant to its requirements. In consideration of the motions, it is

**ORDERED** that the Joint Motion for Consent Judgment [Rec. Doc. 11] is **GRANTED.**

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss [Rec. Doc. 5] is **GRANTED** and plaintiffs' claims against defendant Women and Children's Hospital are dismissed without prejudice.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 2nd day of July, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE